UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FIRST BANK AND TRUST COMPANY** ) | IN ADMIRALTY |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | CASE NO. _____ |
| ) | |
| **SEACREST MARINE, L.L.C.,** ) | SECTION ____; DIVISION ____ |
| **TERRAL PITRE, and DAWN PITRE** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## COMPLAINT

Plaintiff, First Bank and Trust Company (hereinafter "FBT") by and through its attorneys, brings this Complaint in admiralty against Defendants Seacrest Marine, L.L.C., Terral Pitre, and Dawn Pitre, *in personam*, states as follows:

### I. JURISDICTION

1.

This is a case within the admiralty and maritime jurisdiction of this Honorable Court pursuant to 46 U.S.C. §§ 31301-31343, and 28 U.S.C. § 1333. Further, FBT's claim is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and the Ship Mortgage Act.

### II. PARTIES

2.

FBT is a bank chartered under the laws of the State of Louisiana with its principal place of business in Orleans Parish.

3.

Defendant Seacrest Marine, L.L.C. ("Seacrest Marine") is a Louisiana limited liability company with its principal place of business in Lafourche Parish, Louisiana.

4.

Defendant Terral Pitre is a citizen of Louisiana with his domicile in Lafourche Parish, Louisiana.

5.

Defendant Dawn Pitre is a citizen of Louisiana with her domicile in Lafourche Parish, Louisiana.

### III. STATEMENT OF FACTS AND LEGAL CLAIM

6.

Seacrest Marine is, or at all material times was, the sole owner of the M/V BRAXTON PERRY and the M/V BRODY PAUL, vessels located on navigable waters within the jurisdiction of this Honorable Court.

7.

On June 2, 2006, Seacrest Marine duly executed and delivered to Sisung Capital Bidco, L.L.C. ("Sisung"), a Promissory Note (the "2006 Note"), pursuant to which Seacrest Marine borrowed from Sisung the principal amount of $875,000.

8.

Said Promissory Note was used for purposes of financing the purchase of the referenced vessels.

9.

On or about June 2, 2006, Seacrest Marine duly executed and delivered to Sisung a Preferred Ship Mortgage on the defendant vessel M/V BRAXTON PERRY as security for the payment obligations between Seacrest Marine and Sisung contained in the 2006 Note.

10.

The Preferred Ship Mortgage on the M/V BRAXTON PERRY was duly recorded with the National Vessel Documentation Office of the United States Coast Guard (the "USCG") on June 9, 2006, at Batch 499007, Doc ID 5560130.

11.

On or about June 2, 2006, Seacrest Marine duly executed and delivered to Sisung a Preferred Ship Mortgage on the defendant vessel M/V BRODY PAUL as security for the payment obligations between Seacrest Marine and Sisung.

12.

The Preferred Ship Mortgage on the M/V BRODY PAUL was duly recorded with the National Vessel Documentation Office of the USCG on June 12, 2006, at Batch 499634, Document ID 5574194.

13.

Sisung and/or its assignees have performed all steps required to create and perfect a preferred ship mortgage lien on the M/V BRAXTON PERRY and M/V BRODY PAUL to secure the payment obligations under the 2006 Note. The mortgage is entitled to the priority accorded it as a matter of law.

14.

On December 5, 2007, Seacrest Marine duly executed and delivered to FBT, a Promissory Note (the "2007 Note"), pursuant to which Seacrest Marine borrowed from FBT the principal amount of $350,000.

15.

On December 5, 2007, Sisung executed a Subordination of Preferred Ship Mortgage in favor of FBT regarding the mortgage on the M/V BRAXTON PERRY.

16.

On December 5, 2007, Seacrest Marine duly executed and delivered to FBT a Preferred Ship Mortgage on the defendant vessel M/V BRAXTON PERRY as security for the payment obligations between Seacrest Marine and Sisung contained in the 2007 Note.

17.

On January 22, 2008, FBT extended a line of credit (the "2008 Line of Credit") to Seacrest Marine.  The 2008 Line of Credit was renewed several times, the final time being February 10, 2011 with a balance of $200,000.

18.

On October 15, 2012, Seacrest Marine duly executed and delivered to FBT a Promissory Note (the "2012 Note"), pursuant to which Seacrest Marine borrowed from FBT $750,149.77. The 2012 Note paid off the indebtedness evidenced by the 2006 Note, the 2007 Note, and the 2008 Line of Credit.

19.

On August 15, 2013, Seacrest Marine duly executed and delivered to FBT a Promissory Note ("the 2013 Note), pursuant to which Seacrest Marine borrowed $800,000 from FBT.  The 2013 Note paid off the indebtedness resulting from the 2012 Note.  The 2013 Note remains outstanding and payable.

20.

FBT remains a mortgagee for certain mortgages securing the indebtedness of Seacrest Marine.

21.

Defendants Terral Pitre Dawn Pitre executed Commercial Guarantees in favor of FBT in which they agreed to be liable, jointly, severally, and *in solido* for any debts previously incurred by Seacrest Marine or to be incurred in the future.

22.

Seacrest Marine has failed to make timely payments under the 2013 Note, its last interest payment having been made through May 18, 2015.  Seacrest Marine has also failed to comply with other terms in the 2013 Note and loan agreement with FBT, including, but not limited to, the obligation to maintain insurance on the M/V BRODY PAUL and M/V BRAXTON PERRY.

23.

Seacrest Marine is, therefore, in default under the 2013 Note any preferred ship mortgages secured thereby.   As a result of said default, all sums due under the 2013 Note have been accelerated.  As of the filing of this Complaint, the total amount owed and payable is $767,605.86.

24.

FBT has performed all promises and conditions incumbent upon it under the 2013 Note and any preferred ship mortgages securing such debt.

25.

During the existence of a default under the 2013 Note and any preferred ship mortgages securing such debt, FBT has the right to exercise all the rights and remedies provided under said 2013 Note and any preferred ship mortgages, including the right to seek relief *in personam* against Seacrest Marine and the Pitres as maker and guarantors, respectively, of the 2013 Note pursuant to 46 U.S.C. § 31325(b)(2).

26.

FBT has incurred, and will continue to incur, attorneys' fees, costs, disbursements, and expenses, including, but not limited to, premiums for insurance for the M/V BRAXTON PERRY and M/V BRODY PAUL for which defendants Seacrest Marine and the Pitres are liable jointly, severally, and *in solido* with interest thereon.

27.

FBT will incur certain vessel care, preservation, and associated costs for which the Seacrest Marine and the Pitres are liable jointly, severally, and *in solido* for such amounts with interest thereon.

28.

Defendants are liable jointly, severally, and *in solido* for all amounts owed under the 2013 Note.  As of the date of filing of this Complaint, that amount is $767,605.86, said amount owed increasing daily.

29.

Actual notice of this Complaint will be given to the custodian, caretaker or master of the M/V BRAXTON PERRY and M/V BRODY PAUL, and to any person, firm, or corporation with a recorded notice of claim of an undischarged lien upon the Vessels in accordance with 46 U.S.C. § 31325.

30.

FBT further seeks judicial recognition of any and all preferred ship mortgages securing the 2013 Note on the M/V BRAXTON PERRY and M/V BRODY PAUL.

31.

FBT reserves the right to amend this Complaint to assert any other claims for relief arising out of the events descried herein, including, but not limited to, the right to seek arrest of the M/V BRODY PAUL and M/V BRAXTON PERRY and to foreclose on the referenced mortgages.

**PRAYER FOR RELIEF**

WHEREFORE, FBT prays as follows that:

1. Defendants Seacrest Marine, Terral Pitre, and Dawn Pitre be cited to appear and answer this Complaint;

2. Actual notice of the commencement of this suit in a manner approved by the Court be given to the custodian, master or other ranking officer of the M/V BRAXTON PERRY and the M/V BRODY PAUL and to any person, firm or corporation that has recorded a notice of claim of any undischarged lien upon the vessels;

3. Judgment be entered against Seacrest Marine, Terral Pitre, and Dawn Pitre, *in personam*, jointly, severally, and *in solido* finding them in default of obligations under the 2013 Note and, accordingly, liable for all amounts due under the 2013 Note, including, but not limited to, unpaid principal, accrued interest, judicial interest, costs, and attorney's fees owed and payable at the time of Judgment;

4. FBT be declared the holder of a valid preferred ship mortgage lien on the M/V BRAXTON PERRY and the M/V BRODY PAUL;

5. FBT receive reasonable attorneys' fees, costs and expenses incurred in prosecuting this action, according to proof; and

6. FBT receives such other and further relief as this Court may deem just and proper.

RESPECTFULLY SUBMITTED,

　　/s/ Kevin M. McGlone
JAMES M. GARNER (# 19589)
KEVIN M. McGLONE (#28145)
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, LA 70112-4046
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

**ATTORNEYS FOR
FIRST BANK AND TRUST COMPANY**